**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2426-23

IN THE MATTER OF CITY
OF PATERSON, PATERSON
FIRE OFFICERS' ASSOCIATION,
FMBA LOCAL 202.

_____

Submitted March 27, 2025 – Decided April 1, 2025

Before Judges Mawla, Natali, and Vinci.

On appeal from the New Jersey Public Employment Relations Commission, PERC No. 2024-41.

Law Offices of Craig S. Gumpel LLC, attorneys for appellants Paterson Fire Officers' Association, FMBA Local 202 (Craig S. Gumpel, of counsel and on the briefs).

PRB Attorneys at Law, LLC, attorneys for respondent City of Paterson (Susie B. Burns, of counsel and on the brief; Joseph P. Horan, II and Peter P. Perla, Jr., on the brief).

Christine Lucarelli, General Counsel, attorney for respondent New Jersey Public Employees Relations Commission (Frank C. Kanther, Deputy General Counsel, on the statement in lieu of brief).

PER CURIAM

The court is advised that the matter has been amicably resolved, the parties have stipulated to the dismissal of the appeal, and the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

*M.C. Harley*

Clerk of the Appellate Division